UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES B. WALKER,

    Petitioner,

v.                                        Case No. 6:08-cv-15-Orl-35KRS

FLORIDA, ATTORNEY GENERAL, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motions:

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 14, filed April 22, 2009) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 8th day of May 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's Notice of Appeal (Doc. No. 13, filed April 22, 2009) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

Copies to:
sa 5/8
Counsel of Record
Charles B. Walker